■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DUCANIC, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Sweeny, J.), rendered January 31, 1989, convicting him of aggravated unlicensed operation of a motor vehicle in the second degree

and operating a motor vehicle while under the influence of alcohol, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Bracken, Brown, Sullivan and Rosenblatt, JJ., concur.